# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | |
|---|---|
| RANDY J. KAIZER, | § |
| Petitioner, | § |
| VS. | § CIVIL NO. 2:15-CV-00396 |
| WILLIAM STEPHENS, *et al*, | § |
| Respondents. | § |

## <u>ORDER</u>

The Court is in receipt of Respondent's November 30, 2016, motion for summary judgment, Dkt. No. 26, and the Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred, Dkt. No. 33.

On June 8, 2017, the Magistrate Judge granted *pro se* Petitioner until September 6, 2017, to file objections to the M&R. Dkt. No. 36. Petitioner did not file objections before, on, or after September 6, 2017.

After independently reviewing the record and considering the applicable law, the Court adopts the M&R in its entirety. The Court hereby:

- **GRANTS** Respondent's motion for summary judgment, Dkt. No. 26;
- **DISMISSES WITH PREJUDICE** this action; and
- **DENIES** Petitioner a Certificate of Appealability.

The Court will order entry of final judgment separately.

SIGNED this 15th day of February, 2018.

_____
Hilda Tagle
Senior United States District Judge